| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-30379 / MBK

Jean M. Moelius

Petition Filed Date: 10/12/2018
341 Hearing Date: 11/08/2018
Confirmation Date: 12/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $300.00 | 73514800 | 02/02/2021 | $300.00 | 74233360 | 03/02/2021 | $300.00 | 74913850 |
| 04/05/2021 | $300.00 | 75709920 | 05/03/2021 | $300.00 | 76445380 | 06/01/2021 | $300.00 | 77092490 |
| 07/06/2021 | $300.00 | 77846970 | 08/02/2021 | $300.00 | 78528040 | 09/02/2021 | $300.00 | 79204080 |
| 10/04/2021 | $300.00 | 79916140 | 11/02/2021 | $300.00 | 80566260 | 12/02/2021 | $300.00 | 81204560 |
| 01/03/2022 | $300.00 | 81831830 | 02/03/2022 | $300.00 | 82527360 | | | |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jean M. Moelius | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq. | Attorney Fees | $2,430.00 | $2,430.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $7,769.87 | $0.00 | $7,769.87 |
| 2 | MIDFIRST BANK<br>»» P/843 SOUTH CONCOURSE/1ST MTG/ORDER 12/10/2018/NATIONSTAR | Mortgage Arrears | $9,340.42 | $6,671.30 | $2,669.12 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RIVERVIEW | Unsecured Creditors | $199.11 | $0.00 | $199.11 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RIVERVIEW | Unsecured Creditors | $379.86 | $0.00 | $379.86 |
| 5 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $216.31 | $0.00 | $216.31 |
| 6 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $176.17 | $0.00 | $176.17 |
| 7 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $309.34 | $0.00 | $309.34 |
| 8 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $1,232.72 | $0.00 | $1,232.72 |
| 9 | QUANTUM3 GROUP LLC<br>»» LANE BRYANT | Unsecured Creditors | $1,959.21 | $0.00 | $1,959.21 |
| 10 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $99.68 | $0.00 | $99.68 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/TJX | Unsecured Creditors | $6,231.80 | $0.00 | $6,231.80 |
| 12 | MIDFIRST BANK<br>»» 843 SOUTH CONCOURSE/ATTY FEES 8/24/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 18-30379 / MBK**

| 0 | Warren Brumel, Esq. | Attorney Fees | $945.00 | $945.00 | $0.00 |

»» ORDER 9/2/21

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,000.00 | Plan Balance: | $2,848.00 ** |
| Paid to Claims: | $10,584.30 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $866.10 | Arrearages: | $0.00 |
| Funds on Hand: | $549.60 | Total Plan Base: | $14,848.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.